JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL M. DAVIS, | ) | Case No. CV 15-4077-DOC (KK) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| JACK FOX, Warden, | ) | |
| Respondent. | ) | |

In accordance with the Order Summarily Dismissing Petition,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice, pursuant to Rule 4 of the Rules Governing Section 2255 Cases in the United States District Courts.

DATED:  July 21, 2015

_David O. Carter_
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

1